

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,

Petitioner,

and

RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,

Respondent.
----------------------------------------X

Case No. 07 CIV 6469 (NRB)

AFFIDAVIT OF SERVICE

STATE OF PENNSYLVANIA    )
                S.S.:
COUNTY OF PHILADELPHIA   )

    KEVIN DUKES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 15th day of August, 2007, at approximately the time of 12:05 PM, deponent served a true copy of the NOTICE OF PETITION; PETITION TO CONFIRM ARBITRATION AWARD; AND MEMORANDUM OF LAW IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD upon RESISTFLAME ACQUISITION CORP. c/o Kiesling-Hess Finishing Co. at 300 West Bristol Street, Philadelphia, PA, by personally delivering and leaving the same with JIM McGREGOR who informed deponent that he holds the position of Manager with that company and is authorized by appointment to receive service at that address.

    JIM McGREGOR is a white male, approximately 40 years of age, stands approximately 6 feet 2 inches tall, weighs approximately 195 pounds with brown hair.

*/s/ Kevin Dukes*
KEVIN DUKES

Sworn to before me this
11 day of September, 2007

*/s/ Michael D. Talone*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 12, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com