UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES
between
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
                  Petitioner,
and
RESISTFLAME ACQUISITION CORP.
C/O KIESLING-HESS FINISHING CO.,
                  Respondent.

**AFFIDAVIT OF SERVICE**
**07 CIV. 6469 (NRB)**

STATE OF NEW YORK    )
                                  ) ss.
County of New York     )

Sabrina Brooks, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

    2.    On October 23, 2007, I served the Respondent herein with a copy of the Clerk's Certificate by causing a true copy of said Motion papers addressed to the Respondent at 300 West Bristol Street, Philadelphia, Pennsylvania 19140 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5798 and regular mail.

                                              _/s/ Sabrina Brooks_
                                                 Sabrina Brooks

Sworn to, before me, this
23rd day of October 2007.

_Michele Reid_

**MICHELE REID**
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011